IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CHRIS BAGWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case no. 5:14-cv-0249-AKK-TMP |
| | ) |
| GOVERNOR ROBERT BENTLEY, et. al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The magistrate judge filed a report and recommendation on December 2, 2014, recommending that

- the plaintiff's motion to amend the complaint (doc. 9) to identify defendant Dr. Stubbs as Dr. Randy Stubbs, and set out allegations concerning Stubbs's professional medical history in Louisiana be granted,

- the plaintiff's motion to voluntarily dismiss (doc. 9) Governor Robert Bentley as a defendant pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure be granted and the claim be dismissed,

- all claims against defendants Corizon Medical Services and Prison Commissioner Kim Thomas be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), and

- the Eighth Amendment medical care claim against Dr. Randy Stubbs be referred to the magistrate judge for further proceedings.

(Doc. 10).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate

judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that

- the plaintiff's motion to amend the complaint (doc. 9) to identify defendant Dr. Stubbs as Dr. Randy Stubbs, and set out allegations concerning Stubbs's professional medical history in Louisiana is **GRANTED**,

- the plaintiff's motion to voluntarily dismiss (doc. 9) Governor Robert Bentley as a defendant pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure is **GRANTED** and the claim is **DISMISSED**,

- all claims against defendants Corizon Medical Services and Prison Commissioner Kim Thomas are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), and

- the Eighth Amendment medical care claim against Dr. Randy Stubbs is **REFERRED** to the magistrate judge for further proceedings.

The Clerk is DIRECTED to TERM document 9.

The Clerk is FURTHER DIRECTED to send a copy of this Order to the plaintiff.

**DATED** this the 13th day of April, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE